July 9, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

DEBRA V. JENNINGS, ESQ. AND DEBRA V. JENNINGS, P.L.L.C., Appellant

NO. 14-14-00860-CV                                    V.

AMERICAN ASSET FINANCE, L.L.C., Appellee

_____

Today the Court heard the parties joint motion to dismiss the appeal from the judgment signed by the court below on September 17, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.